# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ANTHONY BRIGHTWELL** | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **BRIAN COLEMAN, THE DISTRICT ATTORNEY OF THE COUNTY OF CHESTER and THE ATTORNEY GENERAL OF THE STATE OF PENNSYLVANIA** | : : : : : | **NO. 11-4042** |

## ORDER

**NOW**, this 25th day of August, 2021, upon consideration of petitioner's letter request to reopen his Motion to Consider Decision in *Reeves v. Fayette* (Doc. No. 11) and the response, it is **ORDERED** that the motion is **DENIED**.

/s/ TIMOTHY J. SAVAGE J.